UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON LEOPOLD, et al.,

Plaintiffs,

-v.-

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant.

26 Civ. 6666 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, stating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge