**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 6, 2026

**<u>By ECF</u>**
Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Leopold v. U.S. Department of Health and Human Services*, 26 Civ. 6666 (JHR)

Dear Judge Rearden:

This Office represents the Department of Health and Human Services ("HHS" or "Government") in the above-referenced action brought by Jason Leopold and Bloomberg L.P. ("Plaintiffs") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On behalf of the parties, the Government writes respectfully in response to this Court's October 23, 2026 order (Dkt. No. 24), requiring that the parties (1) indicate whether discovery or an initial conference is necessary and (2) to propose a briefing schedule for any motions.

The parties respectfully submit that neither an initial conference nor discovery is necessary. The parties expect that this matter, like most FOIA matters, will be resolved either consensually by the parties or through motions for summary judgment without discovery. *See Wood v. FBI*, 432 F.3d 78, 85 (2d Cir. 2005); *Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 812 (2d Cir. 1994).

The parties do not currently anticipate any motions, other than potentially motions for summary judgment once the HHS has completed processing records. The Government is currently searching for documents responsive to Plaintiffs' FOIA requests, and it is not yet clear how quickly HHS will be able to process potentially responsive documents or when production will be complete. In lieu of providing a briefing schedule for any motions for summary judgment at this time, the parties respectfully request to meet and confer on a briefing schedule following the completion of any production. The parties propose to keep the Court updated on this matter until such time by filing joint status updates every 60 days.

We thank the Court for its consideration of this matter.

Application GRANTED. The parties are directed to file a joint letter every 60 days apprising the Court of the status of this matter, beginning on **January 8, 2027**. SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated November 10, 2026

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Danielle J. Marryshow*
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2689
danielle.marryshow@usdoj.gov

cc: Counsel for Plaintiffs (By ECF)